LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
JULIA C. RIECHERT (STATE BAR NO. 254078)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:   650-614-7400
Facsimile:    650-614-7401
lchermle@orrick.com
jperry@orrick.com
jriechert@orrick.com

Attorneys for Defendant
CHICO'S FAS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN SCHLIM, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHICO'S FAS, INC., a Florida corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 11-03229 SJO (PJWx)<br><br>**DEFENDANT'S CORRECTED NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT AND/OR MOTION FOR A MORE DEFINITE STATEMENT**<br><br>**CLASS ACTION**<br><br>DATE:    July 5, 2011<br>PLACE:  Courtroom 1<br>TIME:    10:00 a.m.<br>JUDGE:  Hon. S. James Otero |

OHS WEST:261158441.1

DEFENDANT CHICO'S FAS, INC.'S CORRECTED
NOTICE OF MOTION AND MOTION TO DISMISS
AND MOTION TO STRIKE FIRST AMENDED
COMPLAINT AND/OR MOTION FOR A MORE
DEFINITE STATEMENT
CV 11-03229 SJO (PJWx)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF EILEEN SCHLIM AND HER COUNSEL:

PLEASE TAKE NOTICE that on July 5, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable S. James Otero, Courtroom 1 in the Central District of California, Western Division, at 312 N. Spring Street, Los Angeles, California, Defendant Chico's FAS, Inc. ("Chico's") will and hereby does move to Dismiss Plaintiff's First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 12(b)(6) and moves to Strike portions of the FAC pursuant to Federal Rule of Civil Procedure 12(f). In the alternative, Chico's moves for a more definite statement of Plaintiff's claims under Federal Rule of Civil Procedure 12(e).

PLEASE TAKE FURTHER NOTICE that, at the time and place noted above, Chico's will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) and(f), for an order striking the class allegations in their entirety on the ground that the class definitions are improperly merits-based, Plaintiff has pled insufficient facts to support her class allegations and Plaintiff improperly alleges class certification standards premised on California law. Chico's further will and hereby does move for an order dismissing Plaintiff's claim for declaratory relief and striking her requests for declaratory and injunctive relief on the ground that she does not have standing to seek such relief and because Plaintiff's declaratory relief claim is based solely on the other allegations in the FAC. Chico's also will and hereby does move for an order striking Plaintiff's request for an accounting and attorneys' fees as improper forms of relief under her unfair business practices claim. Lastly, because Plaintiff's FAC consists largely of formulaic recitations of legal allegations and conclusory assertions of liability, Chico's will and hereby does move for an order dismissing Plaintiff's third, fourth, fifth, sixth and seventh claims on the ground that they do not meet the pleading

OHS WEST:261158441.1

1

DEFENDANT CHICO'S FAS, INC.'S CORRECTED NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT AND/OR MOTION FOR A MORE DEFINITE STATEMENT
CV 11-03229 SJO (PJWx)

standards established by the U.S. Supreme Court in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007) and *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 173 L. Ed. 2d 868 (2009), and as applied in several subsequent wage cases.

This Motion to Dismiss and Motion to Strike and/or Motion for a More Definite Statement is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Julia Collins Riechert in support thereof, any Reply brief filed in support of this Motion, oral argument at the hearing and any other matters that the Court may properly consider. This Motion is made following the meet and confer efforts of counsel pursuant to L.R. 7-3, which began on May 26, 2011. *See* Declaration of Julia Collins Riechert in support of Defendant's Motion to Dismiss and Motion to Strike and/or Motion for a More Definite Statement ¶¶ 2-7.

## STATEMENT OF RELIEF SOUGHT

Chico's seeks the striking of Plaintiff's class definitions and class allegations and dismissal of Plaintiff's third, fourth, fifth, sixth, seventh and ninth claims. Chico's also seeks a striking of Plaintiff's requests for declaratory and injunctive relief, an accounting and attorneys' fees under the unfair business practices claim. In the alternative, Chico's seeks a more definite statement of Plaintiff's claims.

Dated: May 31, 2011

LYNNE C. HERMLE
JESSICA R. PERRY
JULIA C. RIECHERT
Orrick, Herrington & Sutcliffe LLP

By: /s/ Lynne C. Hermle
LYNNE C. HERMLE
Attorneys for Defendant
CHICO'S FAS, INC.

OHS WEST:261158441.1

- 2 -

DEFENDANT CHICO'S FAS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COMPLAINT AND/OR MOTION FOR A MORE DEFINITE STATEMENT
CV 11-03229 SJO (PJWx)